FILED

JAN 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KWAI FUN WONG; WU-WEI TIEN TAO ASSOCIATION, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> DAVID V. BEEBE, a former Immigration and Naturalization Service (n.k.a. Department of Homeland Security) Official; UNITED STATES OF AMERICA, <br><br> Defendants - Appellees. | No. 10-36136 <br><br> D.C. No. 3:01-cv-00718-JO <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.